This case is Horn v. Bd. of Education of Cahokia School Dist. 187 Counsel for the Appeal Thank you, Your Honor Oh, let me first also say that Justice Chapman is not here and not able to be here today She will be participating, so please make sure you speak up and are recorded And you may proceed Thank you, Your Honor Good morning again, Justices, Mr. Usursa May it please the Court My name is Jason Carraway from Colcord Law Offices in Belleville And I represent the teacher and the appellant in this case, Mr. Shannon Horn Your Honors, this is a case about applying facts that are not in dispute to the law It's that equation this Court is very familiar with And trying to determine what the answer to that equation is This case is about a teacher who was terminated by the Board of Education without any warning Without any discipline short of termination That's what this case is about When the equation was performed by the independent hearing officer Agreed upon by the parties Trained under the current iteration of the applicable statute And very experienced hearing officer, Brian Klaus Hearing officer Klaus determined that Mr. Horn should be reinstated That the undisputed facts of the case When applied to the controlling Illinois law Only came to one result And that result was that Mr. Horn got his job back And was to be made economically whole The Board, of course, under the new iteration of the statute Now for tenured teacher dismissals Had an opportunity to review that hearing officer's decision The Board did not supplement Or disagree with the findings of facts of hearing officer Klaus The Board, however, did disagree with his mandate And said that even though these are the facts We believe under the law That's irremediable conduct That's conduct that allows the exception, justices The exception that we can go straight from conduct to termination For a certified tenured teacher That's the exception to the rule Normally what has to happen is you have to have some kind of discipline short of termination Is there an avenue under the law for this kind of termination? There is But not on these facts But that's the answer the Board came to That case then went to circuit court in front of Judge Maschini And he agreed with the Board This case, in some ways, is similar to a case recently decided Which has been taken by the Supreme Court Beggs v. Board of Education in Murfreesboro And I will talk briefly about the standard of review But regardless of the standard of review applied today This Court, under controlling Illinois law Can only come to one conclusion That conclusion is to reinstate Mr. Horn And make him whole Why? For two reasons The first reason is there's a threshold issue And the threshold issue is the Board Cannot, under any application Understanding and review of these facts Prove the first prong of the Gilliland Test Which is they must prove actual harm If the Board cannot prove actual harm on these facts Mr. Horn must be reinstated on this issue alone The second prong of the Gilliland Test Cannot be met even if the first could The second prong of the Gilliland Test envisions Surveying the actions of the teacher And categorizing that action or those actions Is this the kind of behavior from an educator That a warning wouldn't have prevented? Is this the kind of behavior by an educator That something short of termination wouldn't correct? That's the second prong of the Gilliland Test Would a warning been sufficient and corrective? They can't prove that prong either And for those reasons, this Court must reinstate Mr. Horn Briefly, what's the standard of review in this case? When this case was coming up, Justices This was still a matter of first impression for the parties It was prior to the decision of Beggs But I think Beggs, decided by this Court Has made this Court's opinion on the standard of review In this kind of case very clear Factually, Beggs was a more difficult case for the teacher though Because Ms. Beggs already had a notice to remedy in her file She already had prior, accepted, signed off disciplinary action That she was working under This Court found there was no causal nexus Between the taking care of her parents or her father Who was ailing, and teaching, quote, bell to bell Which is what the notice to remedy said Again, let me be clear, there was no notice to remedy in this case When this Court in Beggs Looked at the statutory language and the changes It did a very good job of trying to balance And trying to understand what this new statute means When it says, reviewing courts must somehow give consideration To two conflicting parties Consideration to both the hearing officer And to the board that now steps into this process The process used to be much simpler and much more akin To other administrative systems in this state Such as workers' compensation We have trained administrative law judges who make decisions Then that decision goes to circuit court and then comes here In 2011, that all changed And to make an analogy, it would be similar To a work comp administrative law judge making a decision Against the employer whose employee was hurt And then asking them if they want to pay But that's what the law says This Court parsed that statutory language And listened to the oral argument multiple times Asked questions And those questions were, where's the hearing officer in this equation? We find that the statute actually makes them Have these training certifications They're the only independent party in the fight So we must give some deference to the hearing officer But then this Court looked at the statutory language And said, well, it's pretty clear The board gets a chance to modify Add, subtract, change The hearing officer's findings of fact But what this Court said is We have to look at this under, quote, careful scrutiny Careful scrutiny, the board's not impartial They're not plain And I think the Court had in the back of its mind The Chevron doctrine What did this Court ultimately say? This Court ultimately said When it's a mixed question of law and fact We're going to look for clear error Arbitrary, unreasonable, or unrelated To the service Very briefly, what happened in this case is simple Mr. Horn was an educator for 12 years in the district He was a special ed teacher During his time there Most of his evaluations were excellent He was a volunteer He worked for the Special Olympics, coached basketball He had two prior disciplinary issues In his employment I want to address those right now This happened in 2013 In 2008 and 2012, he was under what was called An awareness phase An awareness phase is when there are some Procedural deficiencies in your work in this district And then you sort of go on probation And you work through those issues It's undisputed Mr. Horn worked through those issues Was not disciplined in any way Other than having gone through these awareness phases And completed those successfully That's who Mr. Horn is Horn is a special ed teacher So he has to write IEPs or Individualized Education Plans For his students A number of folks must sign off on those IEPs Mr. Horn had approximately 12 IEPs to write During the fall of 2013 He wrote those IEPs And then there was an IEP meeting Obviously to protect the identity of the child We would call it CM's IEP So CM's IEP was with a bunch of other IEPs And there were these IEP meetings There was an IEP meeting on October 10, 2013 That's where this story starts Mr. Horn had prepared the IEP for CM As well as others well in advance of that meeting There was a meeting They passed around these IEPs And on CM's IEP Six people signed it The student, the parent Another general ed teacher, Mr. Horn The school social worker and the school psychologist One person forgot to sign it Michelle Quirin Michelle Quirin said under oath It was an oversight, her words not mine She did not intentionally have any problem She didn't sign it That IEP was actually sent out Given that the parent had a copy of that IEP Well, after the IEP, nobody noticed it Mr. Horn didn't notice this, nobody noticed it I wanted to include it in the appendix so you could see it It's A47 with a lot of signature lines Mr. Horn was then asked To make some clerical revisions To his IEP See that has been one of his problems in the past There was nothing substantially wrong with the IEP They just wanted it to be worded differently He thought he had made those corrections and saved them in the computer There was some confusion about that But there was never any indication that Horn's IEP wasn't sufficient Substantially Well then, just as it comes to being school break It's December 16th or thereabouts And Mr. Horn has to make final copies of these To submit them to the administration It's only then when he's looking at these in that fashion Does he realize that on one of 12 IEPs Michelle Quirin's name wasn't there Who was Michelle Quirin? She's the LEA representative Local Educational Agency representative Technically All these children are required to have an IEP To have a local rep Make sure the school is going to give the services to afford What the federal law says A free and appropriate education for Faith That's her job She signs and commits the resources Of the district to the child Her signature wasn't on it What did Horn do next? That's why we're here. He signed her name That's what he did. He signed her name I want to be very clear This child received F-BID Of the services he was entitled to There was no claim No claim of that in this case His signature Quirin's name was discovered in February At the very next IEP meeting What did Quirin do? She laughed He recalls her saying something like At least spell my name right That's why she saw it wasn't her signature Her signature wasn't spelled right either What did she do next? She put her initials Over his signature That's all that was done All that was done before they fired him That's it Those are the facts Now the equation Is that enough? Are those facts enough For this court to say we can go from Zero to a hundred Interrupt a property right under the law For a tenured certified teacher without something short of termination Is that enough? It's not It's not because there are safeguards in place This court careful scrutiny must be applied There are two types of misconduct There's irremediable conduct And remediable conduct Irremediable misconduct Is conduct which causes damage to students Damage to faculty Damage to the school itself That could not have been corrected If warnings had been given by the teacher supervisors When they learned of the cause That's the kind of behavior that lets us go from zero to one hundred Under controlling Illinois Supreme Court There's another kind of conduct Remediable conduct That's misconduct by a teacher in his ordinary course of duties Which if called to his attention could ordinarily be remedied The term remediable has been applied to situations Concerning deficiencies in teaching performance In the case of the Supreme Court case Now if the conduct is remediable The teacher is entitled to a written warning Before being dismissed So how do we decide what's irremediable? Two part test First whether the teacher's conduct Has caused significant damage to the students The faculty, the school Second, whether the conduct resulting in that damage Could have been corrected It's not enough to show that some damage occurred That's the Morris case The damage must be significant A finding of damage based on an inference or presumption That damage might occur in the future Does not satisfy the requirement It cannot be speculative The testimony in this case From the board's own witnesses Are there's no damage My brief, page 14 The director of special education was put on the stand Question If the school district is not in compliance with regulations Governing the IEP, what can happen? Answer We can come under a compliance review With the state board of ed We could have a new process claim filed by a parent Did any of those issues arise in this case? Answer, no When Mr. Horne signed Quirin's name on CM's IEP Were you fully aware of the contents of the IEP? Answer, yes Were you fully aware of those contents when he signed your name And wasn't compliant with federal law? Answer, yes As a child receive all the services? Answer, yes Ms. Brecker, as a result of Horne's signature When he signed Quirin's name on CM's IEP I want to be very clear with my question Has the district suffered any harm? Not to my knowledge Because they haven't That's the end of the case They can't prove actual harm What did Quirin say about it herself? I asked her, as a result of Horne signing your name on that day Has the district suffered any harm? Answer, no Has the student been given all the services in the IEP? Yes If you can't get over the threshold issue Harm is no case You must reinstate Unfortunately, your honors As we review these cases on the second problem Some educators have made some horrible and heinous decisions With regards to children There is no question about that Those educators should go from 0 to 100 Be removed from their job And be prosecuted to the fullest extent of the law There are some cases Where a warning wouldn't have helped Unfortunately There are some cases that discipline short of termination Wouldn't have been corrected That's the second problem Justices, this is not that case So the board of education Doesn't get to decide what's immoral or not That's what the Morris court said Morris says, how are we going to view this immorality? We're going to look at other cases Here This is not that case Teacher transports two female students To his home And allows them to drink liquor The Madison case Teacher indicted on three felony counts of tax evasion And three misdemeanor counts of failure to file tax returns The McCullough case Teachers allege that twice inappropriately touched students Including placing his hand inside the undergarments Of a nine-year-old student And squeezing the breast of a young girl Irremediable, this court didn't fathom it Teacher writes multiple overtly sexual letters to two female students Irremediable, and unfortunately that list goes on That's conduct That a warning wouldn't have fixed That's conduct That anything short of termination isn't appropriate I would say that's what this court said Those are nowhere in the universe of the facts of this case They're not Was Mr. Horn worried on December 16th? He wasn't He testified to that Did he want to get in trouble by not turning in these IEPs? He was worried, yes He admitted to that That doesn't change the law That doesn't change the law Did he admit under oath that this was a mistake? He did It doesn't change the law He has a very important property right A property right that this court said in Beggs When the Board of Education rejects the hearing officer's reinstatement That must be considered under 12-character scrutiny This isn't that kind of case Thank you Thank you, counsel We will have an opportunity for a rebuttal Thank you, counsel Thank you, your honor My name is Thomas Esursa And I represent Coquio School District And I represent the Board of Education in this case May it please the Court Mr. Carraway I was struck by a comment that Mr. Carraway said At the beginning of his argument About what this case is about In my opinion, this case is about Who determines cause for dismissal Under the current iteration of Section 2412 of the school code The General Assembly clearly Changed the entity or person That determines cause for dismissal For a tenured teacher From the hearing officer in the previous iteration To the Board of Education in the current iteration This court in Beggs Recognized that This court recognized the role of the hearing officer And the Board of Education This court found that if the Board of Education Is going to modify or supplant The findings of effect It must do so only if those findings are against the manifest way Of the evidence As subparagraph DA provides Under the current amendment However, the court also said that the Law regarding administrative review Of the determination of cause of dismissal Is not changed And that is, this court Under administrative review law Must look at that agency that made that decision And this court held that it should only reverse That determination of cause of dismissal If it's arbitrary, capricious, and unrelated To the evidence that was presented In my opinion, your honors This is a case that demonstrates Where the court can clarify I know Beggs is up on the field of the Supreme Court But it's a case combined with Beggs In this case where this court can clearly Give direction of what the standards are And what the roles are of the parties Because this is a case Unlike Beggs where the Board of Education Did not change any facts Did not modify any facts Did not supplement the record with any facts Counsel also indicated that the Board of Education's role Is to review the hearing officer's decision No it's not The Board of Education's role is to determine if cause exists For dismissal If you look at the statute, your honors The provision talking about Finding the fact and modifying it States that the Board may only do so with the manifest way The section that talks about The subparagraph that talks about the determination of cause And reaching the ultimate conclusion of cause for dismissal Does not say manifest way That they can only go contrary to the hearing officer If they find the hearing officer's decision was against the manifest way It just says they have to give reason So I think that distinction Which I believe the Beggs Court recognized Is those two roles The hearing officer's role and how the Board of Education It makes sense, I mean think about it You're going to have a Board of Education that's going to go in there And is going to change findings of facts And they didn't sit there for the hearing, they didn't hear testimony They didn't assess credibility That's what that training of those hearing officers And those certifications allow them to do That's what that impartiality does It allows them to look at this without Through the prism of being the Board of Education That doubles the case initially That's what the hearing officer does But the General Assembly Definitively changed the determination of cause for dismissal And vested that authority now in the Board of Education If in fact We have to review the Board of Education's decision I mean in essence It becomes a circular argument So the Board of Education has to Unless the hearing officer's conclusions for dismissal Are against the manifest way of the evidence But then the reviewing courts on administrative review Have to then review the Board of Education's decision Against the manifest way of the evidence Of whether or not their decision The hearing officer's decision was against the manifest way of the evidence I'm not going to ask you to say that again No I couldn't do it again But in essence If that's how the court rules You basically just add one more layer of administrative review Because the Board of Education's role becomes that of a reviewing court Of the hearing officer's findings of fact And conclusions for dismissal That's not what it says And I can't believe that the General Assembly would want to add one more layer Of that but I do not pretend to get into the mind of our current Or our previous General Assembly So with that as a backdrop of where we are So this is what we're looking at This court needs to look at that decision of the Board of Education And their conclusion that cause for dismissal exists And determine if it was arbitrary and capricious And unrelated to the evidence We don't have a question of fact We don't have a dispute Counsel's conceded that as well I have a question, when was that initial put on the signature? Was that before the board, when it was filed Or before it was filed or after it was filed? I can explain it your honor, if you look at the testimony What happened was the IEP was filed Without that initial, you're talking about Michelle Where was it filed? It's filed with the school district administrative office If the state board of education they come and do compliance reviews They have to have those in place, they have to check them Now it's not filed with the state board of education But it's filed with the special education department of the school district And it has to be So that initial one that was filed on December 16th That contained the board's signature And she didn't give permission to do this And I'll explain that and the evidence I believe counsel's facts are kind of glossed over here That initial one was on December 16th On February 4th, that's when they discovered That he had signed her name, when Ms. Quirin discovered that Because they had a disciplinary issue with that student And when you have a student, special education has a disciplinary issue You have to conduct a Manifestation determination review to see if the Conduct is related to their disability So every time you have to do that, you have to call another meeting To make that determination. The LEA has to be present For that meeting. The LEA And the other testimony says they initialed Those not to somehow approve Their previous signature but to denote that they were present For the February 4th disciplinary review Ms. Quirin testified that she did not Initial that to somehow Make her signature legal from the previous one She initialed it to denote her present At the February 4th NDR review Ms. Quirin also testified That while she laughed when she discovered it Because her name was misspelled She was angry. She was upset She testified that that wasn't a laugh of Oh, isn't this funny? No. She testified that's how she Kind of reacts in those situations She testified that she was angry about that She was upset about it. She testified that that Conduct to forge her name on a legally Binding document We're talking about forgery Are we talking about the criminal law at this time? What is the definition of a forgery? Well, under the criminal statute, it's to sign or Receive something in order to get something That you shouldn't get like money That's one aspect, but it doesn't have to be Under the criminal statute. It's just that you sign somebody's name. Is that forgery? But, I mean, just sign it on a piece of paper On the bare bones of the statute, it arguably could be, Your Honor I mean, the way you're talking about forgery What I'm trying to figure out is where do you get the term forgery As an incorrect signature? Well, I think you have a criminal definition of forgery And you also have the definition of just a general We're not talking about the criminal definition I'm not saying that he's been charged for anything else. I'm talking about forgery And that he signed another person's name with the intent of other people To rely on that signature. Well, what I'm trying to get is When does forgery mean he just signed a name Or tried to get something as a result of signing a name? Are we stretching forgery a little bit? I don't know. I don't believe we are, Your Honor In terms of what just the definition of the word forgery is I cite to the statute, in the criminal statute, of forgery And I believe that arguably, because this was a legal document What are the elements of the crime of forgery? The elements of the crime of forgery, Your Honor If I could grab it I'm happy to bring that statute The 720 ILCS 5-17-3 Under subparagraph A The statute says A person commits forgery when With the intent to defraud He or she knowingly Okay, now do we have an intent to defraud here? Yes, Your Honor, I believe there was Because he testified that he didn't want to get in trouble And get put on the awareness base again Did the hearing examiner say that? Is he the fact finder? The hearing officer didn't make, I don't believe, make an opinion On whether there was an intent to defraud But Mr. Horne's own testimony states that he intended To the testimony to who? To the hearing officer And so you're saying Who's making that decision that he intended to defraud Even though it wasn't found by the hearing officer? My point is that he testified, Your Honor That he intended that this That signature, that the special ed department Rely on that as that IEP was a complete And legal document And he testified that he submitted that So that he would not be deemed to have turned in his IEPs late Because if he didn't turn that in He would have had to wait and turn it in It was already late, but it would have been even later And he was at the point in an evaluation year And he testified that he sent it in because he didn't The evaluations were coming up And he did not want to be placed on awareness again For turning in documents late And that was a problem that he had in his previous two Awareness phases Now, I don't believe the hearing officer specifically Ruled of an intent to defraud We didn't really argue that The Board of Education certainly didn't rule That there was an intent to defraud So nobody ruled there was an intent to defraud? Yeah, I don't think that question ever came up to them I think his testimony was clear that he submitted it With the hopes that everybody would Did she say anything prior to the I mean, was she at the hearing? Yes, she was And did she testify that she was in accord with this This document? She was in accord with the substance of the document That was ultimately turned in She was not in accord with her signature But why didn't she sign it? I forgot why that was She was in a hurry to leave? Is that why she didn't sign it? What happens is that they have to do hundreds of these IEPs Mr. Horne is just one of the special education teachers Ms. Carreron, who is a union member Is not an administrator, it's the LEA They have groups, like she's attending these all day And what they do, Your Honor, is they're supposed to get the drafts together They want to have everything in order Make changes ahead of time So that they can have everything ready to go And have them all done Now, in this particular case, she testified That it was an oversight that she signed it She testified that sometimes she'll sign it When edits are not completed There's always edits that are done during the course of each meeting She'll sometimes sign it when there's edits that remain Sometimes she'll hold off until the edits are done In this particular case, she stated That she could not recall that she was holding off Not to sign because of the edits to be done But she also testified, Your Honor That clearly that she did not grant him permission To sign her name, and she would never grant him permission To sign her name, and that if, in fact And that she was upset and found it Inconsistent with standards of teaching To sign someone's name without their consent Or approval So she had not made up her mind on this case On this person I don't think, she couldn't recall She didn't say yes or no No, she couldn't recall that this one was just because She signed, like, there's 12 Pardon me? Yes, she testified to that, Your Honor But respectfully, Your Honor I think the clear fact here is that there's no doubt That a special education teacher signed A person who is the, under federal law Is the person that can bind the school district to provide resources She's the only one that can do it She must sign it That's the signature of the representative of the local education agency Which is the Coquia School District That binds them legally to provide everything that's contained in that document So since she didn't sign it, they're not bound to do anything Well, arguably that's correct, Your Honor And arguably they would be out of compliance With the IDEA, Individuals with Disabilities Education Act Under federal law and out of compliance with state Board of Education because they didn't complete their IEPs So that would just mean they'd get fewer funds per person, I guess One person less funds They could, there could be sanctions, there could be auditing reviews And things of that nature. They did not sustain any of that in this case I'm not going to tell you that they did But that is a potential that could happen But just to finish with the forgery thing, Your Honor Is that they, the two sessions that they had Under A would say makes a false document Or alters any document to make it false And that document is apparently capable of defrauding another Or issues or delivers such document Knowing it to have been made thus To have been thus made or altered I mean arguably I think you could have, but no one's here to say that Mr. Horne is being prosecuted or that they The school district asked that he be charged criminally for forgery No I'm not trying to get it done, I'm just trying to get Number one definition, number two Had she okayed this person in this document And your answer is no? In terms of the IEP what was contained in that? Right She testified that what was in there was consistent With what she had approved. So she had approved it But didn't sign it. But had not signed it yet The document wasn't complete, but there were edits that needed to be made So it was complete If there's edits to be made, it's not complete That's what I don't understand They'll sign them sometimes, assuming that the edits are good That's just the way they do things, but I mean I understand you're perplexed by it, I understand that Well they have a hearing officer for a reason He's the fact finder And his facts were That I guess he's not supposed to make a decision Should someone be captured or let go No, his fact, he's supposed to make a recommendation So he made a recommendation He made the facts, he determined all the facts The board of education did not dispute, supplement or modify those facts The issue is he determined that it was not cause for dismissal Okay, did he write those facts down That he determined on any kind of a document, I don't know It's in the record, he has a written decision that's in the record We haven't looked at the record yet It's in the appendix, so it is in there He doesn't do like fact 1, 2, 3, 4 But he writes a brief where he does do findings of facts The board of education then took that word Reiterated many of the facts that were in there But designated them by paragraphs And the only conclusion that they disagree with In terms of the hearing officer Is the ultimate cause for dismissal determination And that's what I believe the best case holds That still rests in their hands So what this court needs to look at is whether or not In my opinion, a forgery I use that word not criminally but just in general A forgery signing someone's name is grounds for immediate termination We have to go then to the record And see what the fact finder found Did he put in there that it's a forgery? No, he didn't use the term forgery I've used the term forgery, your honor I saw it in the briefs, okay That's a term I've used But he does not dispute that Mr. Horne signed her name without her consent And did it say that she had agreed with the document Prior to his signing the name? She agreed with what they had determined for the ID But she never agreed that he could sign her name I understand, I'm just wondering Was there a finding of fact that she agreed with what was in the document Prior to signing her name? Yes, I believe there was But again, I think that we can go down that road I'm just trying to find out what the fact finder found, which is his job Right, I understand Yeah, and I think the fact finder found all of those But the Board of Education didn't dispute that Really what it came down to is whether or not this is grounds for termination Under the Gilliland Act Counselors talk about that There's got to be harm to the student, the faculty Or the school, it doesn't have to be harm to all of them Superintendent Ryan testified at a hearing And no one disputed this Mr. Carraway's focus on whether or not the student suffered any harm Or the school district had a compliance review Mr. Ryan, the superintendent testified that Part of operating the school Is being able to have faith and trust in all of your employees And have that throughout And he testified that this has caused harm to the faculty and to the school He told who that? He testified at the hearing To the Board or to the hearing officer? To the hearing officer And what did the hearing officer find about what he said? That it did cause harm? The hearing officer didn't really address whether or not he He just said there was no harm to the students But he doesn't really dispute He doesn't really dispute or address Mr. Ryan's testimony If I could just very briefly I just want to say, your honor On the Gilliland test It's important to point out Mr. Ryan testified that there was harm The second prong of that, your honor In terms of a warning Case law establishes that the effects Not necessarily that the conduct and behavior wouldn't have occurred But the effects wouldn't have happened without a warning In this particular case, what you have Is you have a school district and a superintendent that says Having a teacher forge another supervisor Or LEA's name caused harm And that now all the other teachers know that this happened And if they ever get in a bind, what are they going to do? Well, they'll just warn me This is the decision of the Board of Education That's what the General Assembly wanted to vest that authority And I believe that it's fair to say that based upon this Just that fact that there was a forgery Superintendent testified of harm That that is not arbitrary Thank you, your honor The facts really quickly, quoting this court in Beggs Is that the legislature intended a certain level of deference Traditionally given the fact finder To remain with the hearing officer But this court said things What did Quirin know? When did she know it? And then we'll move to the last one. What did the hearing officer say? Quirin testified, of course When Horne I ask her, when Horne signed your name, page 15 of my brief In your professional opinion Were the contents of that IEP Were those contents compliant with federal law? Once the changes that were completed were completed Yes. As a result of Horne signing your name on that day Has the district suffered any harm? Answer, no. Has the student been given all the services that are in the IEP? Answer, yes. Quirin knew But the language is important in an IEP Certain words must appear The substance, the services Where was he going to have PE? Whether he was going to be in regular math or a different kind of math Those things, Quirin and the director of special education And six other people Did they want Horne to make some clarifying changes Along with four or five other special ed teachers that he testified to? Yes. She knew What did the hearing officer say? Appendix, page 21 It is important to note That Respondent DeBoer did not alter the IEP That had been reviewed by Ms. Quirin and Ms. Breckel They agreed that they were aware of the contents of the IEP When Respondent signed it Indeed, the district did nothing with the IEP After Quirin discovered the signature The district cannot meet the Gilliland factors There was no proof of harm to the student, faculty, or the school And even if there was harm shown There was no showing that a warning resolution would not have corrected the conduct The evidence did establish that there would have been Potential non-compliance issues If CM's IEP had not been submitted in December However, Ms. Breckel considered Quirin's failure To sign the IEP to be An acceptable oversight And did not discipline her Or even counsel her About the failure and the problems it could have caused That's what the hearing officer said He specifically says at the bottom of his decision, 822 The district cannot show the Respondent committed a forgery That issue was addressed at all The district's definition of immoral conduct As being shameless conduct displaying moral indifference Is a high standard. The district has not met that standard Because the evidence shows he corrected a mistake Not that he engaged in a forgery For some nefarious purpose that illustrated this moral indifference There are two important things on the scales today The property right of a vested interest That teachers have in this state On the other side of the scales Is the ability of the Board of Education Now in this world we live in to go from 0 to 100 Be the judge, jury, and executioner And then get to do it a second time That's what's on the scales. This court made that balance in banks And said we understand the legislature intended the Board to be The final administrative body I find that hard But that's the law in this state But when we review that decision We must do so with careful scrutiny All decisions in this courtroom Are important and significant This one is too This is not the kind of action that allows the Board To be judge, jury, and executioner twice To go from no warning to complete termination Of somebody with a vested property right Thank you for your time Mr. Chairman